■ FOUR SEASONS TEXTILE CORP., Respondent, v. M. SALZBERG & SONS, INC., et al., Appellants, et al., Defendants.— Order unanimously affirmed, with

$20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, M. M. Frank, McNally and Stevens, JJ.